# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CARLOS SANDOVAL,

                 Petitioner,

    v.

W.L. MONTGOMERY, Warden,

               Respondent.

Case No. 2:22-cv-01773-JWH (AFM)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the records on file, and the Report and Recommendation of United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed, and no Objection has not been received.  The Court **ACCEPTS** the findings and recommendations of the Magistrate Judge.  To the extent that Petitioner argues that the trial court erred with respect to its instructions in response to the jury's request for guidance regarding Anthony Gonzalez's testimony, or that Petitioner's trial counsel was ineffective for failing to object to the trial court's instructions, *see* ECF No. 1 at 6, 16, 21, 25, & 28; ECF No. 16 at 2, 5, 7, 9, 15, 17, & 18, the Court has considered Petitioner's arguments and concludes that they do not warrant federal habeas relief.  It therefore **ORDERED** as follows:

Judgment shall be entered **DENYING** the Petition for Writ of Habeas Corpus and **DISMISSING** the action **with prejudice.**

**IT IS SO ORDERED.**

DATED: May 3, 2023

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE