JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SANDOVAL,<br><br>        Petitioner,<br><br>  v.<br><br>W.L. MONTGOMERY, Warden,<br><br>        Respondent. | Case No. 2:22-cv-01773-JWH (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of CARLOS SANDOVAL, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **DENIED** and the action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED: May 3, 2023

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE